**Denied and Opinion Filed November 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00754-CV**

**IN RE BE&K BUILDING GROUP, LLC, Relator**

**Original Proceeding from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 92070**

## MEMORANDUM OPINION ON REHEARING

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Breedlove

Relator filed a motion for rehearing of our July 1, 2024 memorandum opinion and order denying relief. We deny the motion for rehearing. On our own motion, we withdraw our opinion and vacate our order of July 1, 2024, and issue this new memorandum opinion and order denying relief in their stead. This is now the opinion of the Court.

Relator's June 21, 2024 petition for writ of mandamus challenges an October 9, 2023 order denying relator's amended plea in abatement. A relator need only establish a trial court's abuse of discretion to demonstrate entitlement to mandamus relief with regard to a plea in abatement in a dominant-jurisdiction case. *In re J.B.*

*Hunt Trans., Inc.*, 492 S.W.3d 287, 299–300 (Tex. 2016) (original proceeding). After reviewing relator's petition and the record before us, we conclude relator has failed to demonstrate a clear abuse of discretion.

Accordingly, we deny relator's petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

240754f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE